UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **LESTER RAY TOLIVER,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-2956-JTF-atc |
| | ) | |
| **RN HICKEY, et al,** | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, in accordance with the ORDER DENYING PENDING MOTION, DISMISSING AMENDED COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(b), DENYING LEAVE TO AMEND, CERTIFYING THAT AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH, NOTIFYING TOLIVER OF THE APPELLATE FILING FEE, NOTIFYING TOLIVER OF THE COURT'S STRIKE RECOMMENDATION UNDER 28 U.S.C. § 1915(g), AND CLOSING THE CASE, which was docketed on November 17, 2023, this action is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE


November 17, 2023
DATE